

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007**

Thomas Asreen
ACTING CLERK

Date: 2/26/07

Docket Number: 06-4118-cv
Short Title: Knox v. Palestine Liberation
DC Docket Number: 03-cv-4466
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Victor Marrero



At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of February, two thousand seven.

Leslye Knox, individually, as personal representative of the Estate of Aharon Ellis and as natural guardian of plaintiffs Jordan Terreell Ellis, Reuven Carter, Shanon Carter, Shayrah Carter, Yoshavyah Carter and Aron Carter, Jordan Terrell Ellis, Minor, Reuven Carter, minor, by their next friend and guardian, Leslye Knox, Shanon Carter, minor, by their next friend and guardian, Leslye Knox, Shayrah Carter, minor, by their next friend and guardian, Leslye Knox, Yoshavyah Carter, minor, by their next friend and guardian, Leslye Knox, Amitai Carter, minor, by their next friend and guardian, Leslye Knox, Prince Shaleak, Mellonee Ellis, Francine Ellis, Lynne Ellis, Yihonadav Ellis, Tsaphrirah Ellis and Aron Carter,

Plaintiffs-Appellees,

v

Palestine Liberation Organization, Palestinian Authority, also known as Palestinian Interim Self-Government Authority and/or The Palestinian Council and/or The Palestinian National Authority,, Yasser Arafat, Marwan Barghouti, Nasser Awis and Estate of Abdel Salam Sadek Hassuna,

Defendants-Appellants.

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Thomas Asreen, Acting Clerk

By: Julius D. Crockwell
Deputy Clerk

CERTIFIED: 2/26/07