# EXHIBIT C

798192.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LESLYE KNOX, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 03 CV 4466 (VM) |
| | ) | |
| THE PALESTINE LIBERATION ORGANIZATION, THE PALESTINIAN AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF BRIGADIER GENERAL HAZEM ATTALLAH

Pursuant to 28 U.S.C. § 1746, I, Hazem Attallah, declare as follows:

1.      I am an official with a wide breadth of detailed knowledge about the security situation in the Occupied Palestinian Territories over the past 10 years.  I have particularly thorough knowledge about the security situation that existed in the Occupied Palestinian Territories and Israel as of January 2002.   In preparation for the submission of this declaration, I have also reviewed pertinent reports prepared by the United States Department of State and the Palestinian Academic Society for the Study of International Affairs.  I have also reviewed the October 1, 2006 declaration of Dr. Leonard M. Hammer.

2.      I have been informed that the Plaintiffs in this lawsuit are seeking to impose liability on the Palestinian Authority (PA) and the Palestine Liberation Organization (PLO) based on the theory that the PA and PLO sponsored, financed and supported the January 17, 2002 incident in Hadera, Israel in which Aharon Ellis was shot and killed.

3.      To someone with extensive knowledge about the PA security forces, the allegation that the PA and PLO sponsored a violent attack in Hadera, Israel in January 2002

appears highly dubious on its face, and fundamentally misconstrues the security situation in the Occupied Palestinian Territories both generally and specifically in January 2002.  Nothing I have seen in the many records that I have reviewed over the years concerning the security situation in Israel and the occupied Palestinian territories supports the proposition that the PA and PLO sponsored or financed the January 17, 2002 incident or any other anti-Israeli attacks.

4.    Understanding the security situation as it existed in 2002 requires some knowledge of the history of the PA security services in the Occupied Territories.  One of the products of the May 4, 1994 Oslo agreement was the creation of a Palestinian police force.  The Palestinian police began arriving in Gaza and the West Bank in May 1994, replacing the Israeli defense forces and Israeli border police.  Between 1994 and 2000, those forces worked closely with the Israeli government and defense forces to provide security in the occupied territories and to prevent anti-Israeli attacks.  The underlying mission of the Palestinian security forces was to prevent the sorts of attacks that might disrupt the peace process.  There was, in fact, a broad consensus among PA and PLO officials that they must do everything within their power to prevent civilian attacks, because such attacks would delay and interfere with Palestinian statehood.

5.    In contrast to the PA and PLO, however, stood militant groups such as the Palestine Islamic Jihad (PIJ) and the Islamic Resistance Movement (HAMAS).  Those groups and others were vehemently opposed to the Oslo peace process and attempted to continue anti-Israeli attacks throughout the 1994-2000 period in order to frustrate and delay the process.

6.    During the period between 1994 and 2000, the PA and PLO security forces prevented both HAMAS and the PIJ from successfully carrying out a number of planned attacks. During the year 2000, for example, PA and Israeli security forces disrupted HAMAS networks

that were planning several large-scale anti-Israeli attacks. On February 10, 2000, a botched bombing plot in Nablus led to the discovery of a HAMAS explosives lab, several caches, and a multi-cell network in the West Bank. The network was apparently preparing major anti-Israeli operations designed to inflict mass casualties, including the bombing of a high-rise building in Jerusalem.  In March 2000, an Israeli raid on a HAMAS hideout in the predominantly Israeli-Arab town of Et Taiyiba uncovered an extensive HAMAS network with ties to Gaza that was planning multiple attacks in Israel.  The PA discovered additional explosives in a Gaza kindergarten and arrested a bodyguard of HAMAS leader Shaykh Ahmad Yasin on suspicion of having links to the Et Taiyiba cell.

7.    Israeli and PA security officials took additional measures, often coordinated, to further disrupt HAMAS planning. In mid-March 2000, PA police uncovered a HAMAS explosives lab in Tulkarm. Separate Israeli and PA operations disrupted HAMAS cells in Jenin later that month. The PA also disrupted in mid-July another HAMAS explosives lab in Nablus and made at least a dozen arrests. The PA inflicted additional damage on HAMAS's military wing with the arrest of two key leaders in 2000. In May, PA security forces arrested Gaza military wing leader Muhammad al-Dayf.   West Bank military wing leader Mahmud al-Shuli (a.k.a. Abu Hanud) surrendered to PA security officials in August 2000 after a firefight with IDF soldiers in his hometown of Asirah ash Shamaliyah near the West Bank town of Nablus.

8.    On September 28, 2000, the Palestinian people became inflamed when Ariel Sharon, then the opposition leader in the Israeli government, went with a group of Israeli soldiers to Haram al-Sharif, one of the holiest sites in all of Islam.  Scuffles broke out during and after Mr. Sharon's visit, and a day later widespread violence erupted. Within days, nearly 50 people were killed and more than 1,000 injured, the vast majority Palestinians.  At the time, the U.S.

State Department singled out Mr. Sharon for criticism. "We were quite concerned that the visit by Sharon to this site risked creating tensions," spokesman Richard Boucher said at the time. "And, in fact, it did."

9.    Following Prime Minister Sharon's visit to Haram al-Sharif, a violent grassroots uprising occurred. Mass demonstrations broke out throughout the Occupied Territories. Prior to September 2000, attacks had been planned and organized almost exclusively by rejectionist forces opposed to the Oslo peace process. After September 2000, however, many more individuals and groups began to organize for the purpose of carrying out violent attacks, and began to carry out such attacks. In addition, foreign militant groups took advantage of Palestinian and regional anger to escalate their attacks against Israeli targets.

10.    The PA and PLO leadership had every incentive to want to restore the security situation to what it was prior to September 2000 and attempted to do so. The PA and PLO recognized that violent attacks against civilians would never serve the cause of Palestinian statehood, would likely delay or prevent it, and would strengthen other rival groups like HAMAS, that had long advocated violence as opposed to peace. Thus, after September 2000, PA officials continued to thwart attacks against Israelis, and continued to discover and confiscate weapons illegally appropriated or obtained by various militant groups.

11.    However, beginning in November 2000, Israeli Defense Forces began to dismantle completely the security infrastructure of the PA and the PLO by attacking the buildings that housed the security services and threatening, often by bombing attacks, the central command and leadership of the security apparatus. Because security personnel feared arrest and assassination, they began dressing in civilian uniforms and dissociating themselves from the central leadership of the security services. Thus, the PA and PLO lost much of their ability to

stop any attacks shortly after September 2000.   Throughout the year 2001, the PA security forces became more and more ineffective as a result of Israeli bombing raids and other actions designed to destroy the PA security infrastructure.  This contributed to a substantial weakening of the Palestinian Security forces.

12.    On December 16, 2001, President Arafat issued a public statement urging a cease-fire. That same month, and under pressure from the PA and from the international community, HAMAS announced that it would halt suicide attacks within Israel.  It retained the option of continuing operations against Israel inside the West Bank and Gaza Strip, however. The top PIJ leadership inside and outside the West Bank and Gaza Strip did not endorse President Arafat's call for a cease-fire agreement and vowed to continue attacks.  The ceasefire held only until January 9, 2002, when HAMAS operatives killed four Israeli soldiers in the worst attacks in nearly four weeks. In retaliation, on January 10, 2002, the Israeli army attacked and destroyed the Palestinian airport in Gaza and demolished 73 homes in residential areas, leaving 120 families and over 500 people homeless. In addition, water, telephone, and electricity networks were destroyed.

13.    As January 2002 continued, the security situation in the Occupied Territories approached lawlessness and anarchy.  In many areas, HAMAS had effectively replaced the PA as the holder of the monopoly of force. The PA security force itself, or what remained of it, was characterized by low morale and chronic absenteeism.  It was not unusual at the time to visit a Palestinian police station and find it almost deserted of all staff.

14.    As a practical matter, by January 17, 2002, the PA had no meaningful ability to prevent violent attacks, and a number of armed groups had arisen that were beyond the control of

the PA and PLO. In my estimation, as of January 2002, there were a significant number of groups engaging in violent acts in the Occupied Palestinian Territories.

15.    These militant groups were fluid, difficult to control, often at odds amongst themselves, and had ready access to weapons in light of the deteriorating security situation. Even worse, because the PA and PLO were still attempting to provide security in the occupied territories, the militant organizations actively sought to hide their activities from the PA and PLO in order to escape detection. The PA and PLO thus had little ability to detect and prevent these activities.

16.    This was the prevailing security environment in the PA and PLO when the instant attacks occurred. In light of that atmosphere, an allegation that the PA and PLO sponsored an anti-Israeli attack is almost certainly false, and any attempt to link the PA and PLO to such actions through associational contacts with individuals is unquestionably false and misleading. By January 17, 2002, there were many, many other organizations that would have been far more likely to sponsor such an attack, the PA and PLO were the only Palestinian organizations attempting at the time to disrupt such attacks, and the individuals and groups who were participating in the violence were affirmatively trying to hide their conduct from the PA and PLO. As I have explained, however, the PA and PLO's ability to prevent such attacks had been almost completely eliminated by that time due to the factors I have described.

17.    I am aware that this declaration is being filed in support of a motion by the PA and PLO in the United States courts. I have authorized the use of my declaration for such a purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of November 2007, at Ramallah, Occupied Palestinian Territory.

BRIGADIER GENERAL HAZEM ATTALLAH