# EXHIBIT 5 - Part 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LESLYE KNOX, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03 CV 4466 (VM) |
| | ) | |
| THE PALESTINE LIBERATION | ) | |
| ORGANIZATION, THE PALESTINIAN | ) | |
| AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF PRIME MINISTER SALAM FAYYAD</u>

Pursuant to 28 U.S.C. § 1746, I, Dr. Salam Fayyad, declare under penalty of perjury as follows:

1.     I was born in Palestine, and I currently reside in East Jerusalem.

2.     I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3.     I currently am serving as the Prime Minister and Finance Minister of the Palestinian National Authority ("PNA").

4.     I graduated with a Bachelor of Science degree from the American University of Beirut in 1975. In 1980, I received an MBA from St. Edward's University in Austin, Texas. I received a Ph.D. in Economics from the University of Texas at Austin in 1986.

5.     I held several teaching and research assignments at the University of Texas at Austin and Yarmouk University (1983-1986) and was a Visiting Scholar at the Federal Reserve Bank of St. Louis (1986).

6.      After receiving my Ph.D. in Economics from the University of Texas, I worked for the International Monetary Fund from 1987-2001, acting as resident representative in the West Bank and Gaza Strip from 1996-2001.

7.      In June 2002, I was appointed Minister of Finance of the Palestinian National Authority and served in that capacity until December 2005.

8.      On December 5, 2005, I resigned as Minister of Finance to found and lead a slate of candidates called "the Third Way." In 2006, I was elected to the Palestinian Legislative Council ("PLC") and served as Chairman of the PLC's Budget and Finance Committee.

9.      On December 21, 2006, I was appointed the head of the Economic Affairs Department in the PLO, and an observing member of the PLO's Executive Committee. I continue to serve in that capacity.

10.      In March 2007, I was appointed as Finance Minister in the National Unity Government.

11.      In mid-June 2007, President Abbas dissolved the National Unity Government in response to the violent takeover of Gaza by Hamas. President Abbas then created an Emergency Government, in which I was asked to serve as Finance Minister and Prime Minister. On July 13, 2007, I was reappointed to those positions as part of the current Caretaker Government.

12.      As Finance Minister, my responsibilities include developing the Palestinian National Authority annual budget, implementing reforms to the PNA's financial reporting system, and overseeing the preparation of reports on the financial operations of the PNA. In my capacity as Finance Minister, I have personal knowledge of the revenues and expenditures of the Palestinian National Authority and of its current financial condition.

13.     As Finance Minister, I have made it a priority to lend greater transparency to the financial operations of the PNA.  Toward that end, the Ministry of Finance relaunched its website at the end of March 26, 2008.  *See www.pmof.ps/en.*  As indicated in my statement on "Re-Launching of the Ministry of Finance's Website," a true and genuine copy of which is attached as Exhibit A, the Ministry of Finance has committed to post on this site monthly reports of our financial operations on the 15th of each month.  The 2007 and 2008 financial reports that are referenced in this declaration all are posted on the Finance Ministry website.  The PNA prepares its financial reports on a calendar year basis.

14.     Attached as Exhibit B is a true and genuine copy of a summary of "PNA Fiscal Operations (2005-2008)," which was prepared in April 2008 by the Ministry of Finance under my direction.  As shown in Exhibit B, the PNA's deficit (excluding external financing) continued to increase over the 2005-2008 period, growing from $1.049 billion for calendar year 2005 to $1.660 billion for calendar year 2007.

15.     Attached as Exhibit C is a true and genuine copy of a statement I presented on April 10, 2008, in connection with the submission of the 2008 draft budget to the President.  As I explained in my statement, the 2007 fiscal deficit was an unsustainable 27% of GDP.  Exh. C at 8.  *See also*, IMF, "Macroeconomic and Fiscal Framework for the West Bank and Gaza, First Review of Progress," Staff Report for the Meeting of the Ad-Hoc Liaison Committee, May 2, 2008, a true and genuine copy of which is attached as Exh. D, at 4 ("the 2007 recurrent fiscal deficit reached an unsustainable 27 percent of GDP").

16.     Even after external budgetary support (foreign aid) of $1.012 billion in 2007, the PNA still had a 2007 budget deficit of $338 million.  Exh. B.  The projected deficit for 2008 (excluding external financing) is $1.851 billion.  *Id.*

17.    Attached as Exhibit E is a true and genuine copy of "Fiscal Operations Report for the PNA: Revenues, Expenditures and Financing Sources, 2006 & 2007," dated March 16, 2008, which was prepared by the Ministry of Finance under my direction. For 2007, the PNA's sources of revenues were as follows: (i) tax revenues collected by the Ministry of Finance, which include revenues from Income Tax, Value-Added Tax, Customs, Property Tax, and other Excises Revenues; (ii) non-tax revenues, which include fees and fines collected by various ministries, such as Services Fees, Stamp Fees, Borders' Fees and fines; and (iii) clearance revenues, which are revenues earned as a result of the commercial transactions between Palestine and Israel. The clearance revenues accounted for the vast majority of the PNA's revenues ($896 million of $1.194 billion total revenues for 2007). Exh. E, Table 1. Gross clearance revenues are collected by the PNA and by the Israeli authorities, and the net revenues are transferred to the Ministry of Finance monthly through the clearance sessions. These revenues include Customs, Value-Added Tax, Petroleum Excise Tax and Purchase Tax. Exh. E, Definitions and Terminology.

18.    In 2007, the PNA's total revenues were not sufficient to pay the gross wages and salaries of the PNA's employees. *See* Exh. E, Table 1 (showing total revenues of $1.194 billion and gross wages and salaries expenses of $1.283 billion). In addition, the PNA has substantial non-wage expenditures ($725 million in 2007), such as for "Operational Expenditures, Transfers and Minor Development and Capital Expenditures." Exh. E, Definitions and Terminology and Table 1. The PNA also engages in substantial net lending ($535 million in 2007), which consists of transfers to local governments to cover clearance revenue deductions by the Government of Israel for water, electricity, and health and Ministry of Agriculture services. *See* Exh. E, Definitions and Terminology and Table 1.

4

19.    Attached as Exhibit F is a true and genuine copy of the PNA's financial statement for the first quarter of 2008, entitled "Ministry of Finance, Fiscal Developments: 1st Quarter 2008," and dated April 26, 2008. This report was prepared by the Finance Ministry at my direction. As reflected in the attached report, "[b]udgetary operations on a cash basis during the first quarter of 2008 (Q1) resulted in recurrent deficit, before external budget support, of $317 million (table 1). While this deficit is expected to increase in the second quarter and stabilize thereafter, it is well within the PNA annual budget deficit projection of $1.36 billion, when annualized ($1.27 billion)." Exh. F at 2; *see also id.* Table 6.

20.    As is also indicated in Exhibit F, the PNA expended $7.2 million on PLO wages and salaries and operational expenses during the first quarter of 2008. Exh. F, Table 5. This large payment reflects the fact that the PNA is the primary revenue source for the PLO.

21.    When Hamas won the legislative elections in January 2006, most donor countries imposed an embargo on foreign aid and boycotted the PNA and the Palestinian banking system. In addition, the Government of Israel withheld the transfer of clearance revenues, which account for over two-thirds of the PNA's tax revenues. These measures, which did not end until shortly after I became Prime Minister in June 2007, combined with the economic deterioration caused by the Government of Israel's tightening restrictions on trade and movement within the West Bank and the virtual lockdown of the Gaza Strip, deepened the PNA's economic crisis. As a result of severe budget shortfalls, government employees could not be paid their full salaries on time. The inability to pay salaries to government employees resulted in a protracted strike which damaged performance in education, heath and social services. There were also major shortfalls in payments to the unemployed and the poor as well as to the government employees' pension funds. In addition to these shortfalls, the government incurred large payment arrears to the

private sector. Credit constricted when the banks forced the Authority to repay their loans to the extent of one third of all the external assistance obtained in 2006. The general downturn in economic activity, in turn, reduced the PNA's tax revenues. The PNA's financial situation was further exacerbated during 2006 as a result of a collapse in the financial discipline governing relations between the central government and the municipalities. Municipalities either failed to collect, or turned over only partial collections of, electric and other utility payments due the Government of Israel, with the result that the PNA was forced to pay $535 million (over 10% of GDP) in what amounted to an unintended massive subsidy to the municipalities and electricity consumers. Exh. C at 7.

     22.    In mid-June 2007, after the National Unity Government was dissolved and the Emergency Government was established, the foreign aid embargo imposed by many of the donor countries was lifted. As the 2007 and first quarter 2008 financial statements show, the PNA is heavily dependent on foreign aid. In 2007, the PNA received $1.012 billion in external budgetary support, nearly as much as its total 2007 revenues of $1.194 billion. Exh. E, Table 1. In the first quarter of 2008, the largest source of funding for the PNA was aid from donor countries ($526 million in donor aid, compared to $332 million total net revenue). Exh. F, Table 1. For the first quarter of 2008, the largest donor was the European Union ($180 million), followed by Arab Countries ($153 million, mostly from the UAE and Saudi Arabia) and the United States ($152 million). Exh. F at 2 and Table 7.

     23.    As a result of the PNA's budgetary crisis, an international conference of donors met in Paris in December 2007 to pledge financial assistance. At the December 2007 Paris donors' conference, donor countries pledged $7.7 billion for 2008-2010, the vast majority of which is allocated to particular uses, such as budget support, development, and humanitarian aid.

As of the end of the first quarter of 2008, the PNA had received only $720 million. Pledges for recurrent budgetary support, including amounts already disbursed as of mid-April, are estimated at $1.2 billion, leaving a shortfall of $400 million for 2008. Exh. D at 2.

24.    A substantial amount of the foreign aid received since the Paris donors' conference has been used to address the public sector salary arrears and private sector arrears that built up during the January 2006-June 2007 period. In the first quarter 2008, the PNA repaid $146 million in expenditure arrears. Exh. F at 3. An additional $74 million was used to repay the banking system some advances and overdue amounts. *Id.* As shown in the final 2008 budget, a true and genuine copy of which is attached as Exhibit G, the PNA plans to spend a total of $217 million in 2008 on the net arrears accumulation.

25.    Despite the recent influx of foreign aid, the people in the Occupied Palestinian Authority continue to struggle financially and have significant unmet needs. Since December 2007, the depreciation of the dollar has decreased the value of international aid (which is provided in dollars) by 16%, thereby reducing substantially the value of the funds received from the donors. In addition, the recent financial crisis, and particularly the intensification of restrictions on movement and access, has caused a sharp economic contraction. In 2006, GDP declined by 5%. In 2007, some recovery took place during the second half of the year in the West Bank but was offset by a sharp deterioration in the economic situation in Gaza. Per capital income today is 40% lower than it was in 1999. Exh. C at 3. Unemployment in 2007 averaged 30 percent in Gaza and 18 percent in the West Bank. As of mid-2007, about 70 percent of households in Gaza and 56 percent in the West Bank live below the poverty line. Inflation has risen recently, reaching 11 percent in March 2008. Exh. D at 2; *see also* Exh. C at 3. Palestinian

infrastructure has deteriorated, private investment has declined, and the Palestinian productive base has been shrinking, undermining growth prospects in the future. Exh. C at 4.

26.    It is my understanding that, as a condition for vacating the default judgment in this action, the Court has required the PNA and the PLO to post a bond in excess of $192 million. As reflected in the attached financial statements of the PNA, and based on my knowledge of the current financial condition of the PNA, the PNA does not have the financial wherewithal to post the bond that the Court has ordered, and the PNA does not have the ability to secure financing for such a bond, whether through the use of current assets or from any projected net income.

27.    The PNA is dependent on substantial foreign aid simply to meet its basic budgetary requirements. When making pledges of aid, the donor countries often direct that the aid be targeted to particular uses, which would not include use as collateral for a bond in U.S. litigation. Even as to donations that are not so targeted, there would be a substantial negative impact on future donations if donor countries learn that funds have been used for U.S. litigation rather than for providing relief in the Occupied Palestinian Territory. Even if it were possible to obtain authorization from donor nations to divert aid to fund a $192 million bond, such a diversion of foreign aid from payment of salaries and provision of basic services would cause further political unrest at a time when the moderate Caretaker Government is working to restore confidence that it is better able than Hamas to provide for basic needs of Palestinians living in the Occupied Palestinian Territory.

28.    Based on my extensive efforts over the past year in attempting to obtain donations and financing for the PNA for budgetary support, development projects, and humanitarian aid, I am confident that the PNA cannot obtain financing from private lenders for a $192 million bond.

Even if it were possible to secure such financing, the terms would be so onerous that the PNA would not be able to service the debt given its budget deficit.

29.    I have authorized the offer of the posting of a $15 million bond.  Even a bond in this amount will pose substantial hardships on the current Government and the Palestinian people.  Moreover, that amount of money is more than sufficient to ensure that the PNA and the PLO will defend this case on its merits through its conclusion.

30.    I am aware that this declaration is being filed in support of a motion by the PNA and PLO to reduce the bond that the Court has ordered as a condition of vacating the default judgment in this action.  I have authorized the use of my declaration for such a purpose.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _____ day of May, 2008, in Ramallah, Occupied Palestinian Territory.


Dr. Salam Fayyad
Prime Minister of the Palestinian National Authority
Finance Minister of the Palestinian National Authority

9

# EXHIBIT A

عربي ‹

## Ministry Of Finance
Palestinian National Authority



وَزَارَةُ الْمَالِيَّةِ
السلطة الوطنية الفلسطينية

| Home Page | About Us | Services | Journalist Data | Contact Us |



| | |
|---|---|
| · | General Budget |
| · | Monthly Reports Of PNA |
| · | Annual Reports Of PNA |
| · | Statistical Data |
| · | Studies and Research |
| · | Trade Agreements |
| · | Laws and Regulations |
| · | Forms and Questionnaires |

| | |
|---|---|
| · | Tenders and Auctions |
| · | Advertisements |

| | |
|---|---|
| · | About Palestine |
| | |
| · | Gov. Mail |
| · | Internal Page |
| · | Related Links |

**Last News** On April 28 we added an analytical report on Fiscal Development during tl

**In his statement during the relaunching ceremony of PMOF Web Page: Minister of Finance announced the PMOF commitment in publishing the monthly report on PNA financial operations regularly every 15th of each month**

Statement on

**Re-launching the Ministry of Finance's Website**

by

**Minister of Finance Salam Fayyad**

**26 March 2008**

It is my honor today to announce the re-launching of the Ministry of Finance website. I would also like to announce our commitment to post on this site monthly reports on our financial operations on the 15th of each month.

This event is important first because it represents a fundamental step towards instituting transparency in the Palestinian National Authority (PNA) and establishing the foundations of good governance. Every citizen and each observer will be able to examine all of the PNA's financial transactions

in a manner that eliminates any doubts about lingering corruption and financial mismanagement.

What distinguishes this event from many before it, though, is the level of capacity and professionalism that had to be attained in order to realize this achievement. Reform is not just a slogan, nor is political will – important as it is –enough to turn it into a reality. It requires a series of practical measures which require, in turn, a high level of effectiveness and institutionalization. Specifically, to be able to publish financial data regularly on pre-set dates requires the establishment of systems and the development of a capacity that make it possible to fulfill this commitment. Today's event is a significant step in consolidating financial trust in the PNA locally and internationally, especially as it comes in the wake of direct international budgetary support, including from Norway, France, Saudi Arabia, and the United Arab Emirates.



Perhaps the most significant event in this area was the transfer of US $150 million by the United States to the Single Treasury Account (STA). This represents the largest sum of assistance to be transferred to the PNA in one tranche since the Authority's inception. Indeed, I can confirm that we received this payment yesterday, less than a week after the signing of the agreement that pertains to it. Also worthy of a special note in this regard is the agreement we signed yesterday with our largest donor (the European Union) for the transfer of 176 million Euros through the newly established financing mechanism (PEGASE). As you may know, PEGASE includes a window through which assistance will be channeled directly to the STA. I would say all of this carries with it a strong message of confidence in our system – a message which, no doubt, our people deeply appreciate.

Ladies and Gentlemen,

As you know, between 2003 and the end of 2005, the Ministry of Finance had a website that reported on budget execution every month. However, this website became dysfunctional. I don't want to go into the various reasons for this outcome, except to note that it was due to a large extent to the boycott of the government by donor countries. This resulted in the

fragmentation of PNA institutions, including the Ministry of Finance, the establishment of parallel payment systems, the flight towards cash and away from Ministry of Finance bank accounts, and the proliferation of expenditure centers. In addition, not all sources of funding, including external assistance, were documented.

Since June 2007, we have re-established the Single Treasury Account, and we have tightened our financial controls. We now have only one expenditure center with direct links to the annual budget, and we have channeled all revenue and a substantial share of budget support and development financing to the STA.

Today, we are ready to re-launch the Ministry of Finance website on much more solid grounds. We have established a new financial management system which links expenditures by all line ministries directly to budgetary appropriations. Therefore, no expenditures can be made beyond the available credit available under the budgetary appropriation. This electronic financial management system will cover all the financial transactions and entries of the Ministry of Finance. We will be expanding this system to cover the ministries of Education, Health and Public Works. The Accountant General Department which is being established in the Ministry of Finance will manage budget execution and exercise financial controls.

 Under the previous web site, the monthly reporting on budgetary revenues and budget execution was done manually and aggregated from separate Ministry of Finance accounts: budget, treasury, payroll, bank statements. Under the new financial system, the web site will report monthly on budget execution within the first week after the end of the month. These reports will reflect actual revenues and expenditures by each ministry, wage payments for civilians and security, PNA employment, external budget support and any other financing which has been obtained during the month. Electronic linkages to the Single Treasury Account at commercial banks will provide financial reconciliation of the accounting and banking information. As individual ministries are gradually integrated into the system, detailed data on their operations can be downloaded and analyzed.

The new reporting system will reflect best accounting practices. Because it will emanate directly from actual budgetary operations, it will be more accurate and more transparent than the previous system. It will also allow for timely compilation of quarterly and annual reports on the fiscal position and lead to a much less cumbersome process of closing annual budgetary

accounts. Finally, it will allow for timely auditing of financial statements, which could not be readily produced under the old system.

Establishing the new financial system and setting up this web site took a lot of focus and effort by Ministry of Finance staff over a very short period of time. I would like to extend to them my thanks and appreciation.

We hope the re-launching of the Ministry of Finance website will consolidate the international community's faith in the transparency and accountability of our government. We urge our donors once again to help us consolidate the integrity of our financial system by channeling all your budget support and development financing to the STA.

Allow me, Ladies and Gentlemen, to conclude where I started, and to address the Palestinian people directly.

The launching of the Ministry of Finance website is in itself a significant achievement. It is also proof of the extent to which we have gone in building capacity and developing the institutions and systems of good governance.

It is a national achievement that puts us on par with the most advanced countries in terms of transparency, accountability and sound financial management. It is an achievement that every Palestinian can be proud of.

In addition, what we are doing today lays the foundation and contours of the kind of Palestinian state that we seek. If we want to achieve a state worthy of the decades-long sacrifices of the Palestinian people, we should all –whether private citizens or future governments – preserve this and all similar reforms. This will reinforce our absolute, moral and legal right to independence, with institutions and systems of governance that turn the attainment of statehood from a political slogan into a tangible reality. This way, we will place before the whole world new facts on the ground, facts that it cannot ignore, in the form of viable, sustainable democratic institutions of governance, free from corruption and mismanagement.

Copyright 2008 © Ministry Of Finance. All rights reserved.  Powered By GCC

# EXHIBIT B



## PNA Fiscal Operations (2005-2008)
### (In millions of US dollars)

| | 2005 Actual | 2006 | 2007 Preliminary | 2008 Budget projection |
|---|---|---|---|---|
| **Total revenues** | 1,232 | 1,148 | 1,194 | 1,486 |
| Gross domestic revenues | 476 | 379 | 298 | 419 |
| Clearance revenues | 757 | 770 | 896 | 1,067 |
| **Total expenditures and net lending** | 1,994 | 2,275 | 2,543 | 2,845 |
| Gross wages and salaries | 1,001 | 1,192 | 1,283 | 1,481 |
| Non wage expenditures | 649 | 746 | 725 | 964 |
| Net lending | 344 | 337 | 535 | 400 |
| **Balance before external budgetary support** | -762 | -1,127 | -1,350 | -1,359 |
| External budgetary support | 349 | 738 | 1,012 | 1,635 |
| Recurrent balance including budgetary support | -412 | -424 | -338 | 275* |
| Externally financed development expenditures | 287 | 281 | 310 | 492 |
| **Overall balance (excluding external financing)** | -1,049 | -1,408 | -1,660 | -1,851 |

*Repayment of wage and private sector arrears

# EXHIBIT C

2008 Budget Law for the Palestinian National Authority:
Statement by the Minister of Finance
April 10, 2008

## 1. The financial and institutional crises in 2006-07

Since the elections in 2006, our country has suffered through a three pronged crisis: financial, institutional, and conflictual, with each crisis exacerbating the others in the context of the ever-present devastation and challenges associated with the occupation and its practices.

The financial crisis stemmed from the boycott imposed by most donor countries and by Israel on the Palestinian National Authority and on the Palestinian banking system. In addition to the freezing by Israel of clearance revenues which account for over two thirds of our tax revenues, there was an initial shortfall in donor assistance as donor countries were setting up parallel payment mechanisms to by-pass the Authority. While, eventually, external budget assistance in 2006 was more than double the levels obtained in 2005, it could not make up for the freezing of the clearance revenues and the economic deterioration stemming from the intensification of restrictions on movement and access by Israel. As a result government employees could not be paid their full salaries on time. There were also major shortfalls in payments to the unemployed and the poor as well as to the pension funds.

In addition to these shortfalls, the government incurred large payment arrears to the private sector. Finally, far from benefiting from emergency credit from the banking system, as the Authority was able to achieve during previous crises, the banks forced the Authority to repay their loans to the extent of one third of all the external assistance obtained in 2006. Needless to say, this shortage of liquidity and decline in purchasing power was very detrimental to economic activity, which in turn reduced the Authority's tax revenues.

The institutional crisis partly resulted from the boycott of the Authority by donor countries and partly from the loosening of financial controls by the Authority.

After years of progress towards attaining transparency and financial accountability in line with best international practices, the Single Treasury Account was frozen, payments became fragmented, expenditure centers multiplied and there was a flight away from the banking system and into cash. As a result, some of the external assistance has not been recorded or accounted for and some public expenditure took place outside the budget. Because of the multiplicity of payment mechanisms established by the donors, some unbudgeted PNA institutions were being paid directly, swelling government expenditures well beyond budgeted commitments.

The inability to pay salaries to government employees resulted in a protracted strike which damaged performance in education, health and social services. There was also paralysis in decision making by Authority high

officials, in policy formulation and in the implementation of development projects.

In addition there was a loosening of financial controls by the Authority, with unreported revenues and expenditures and a large increase in the recruitment of civil service employees and security personnel.

Israel sharply increased restrictions on the movement of people and trade. This was compounded by repeated military incursions into West Bank cities, and since June 2006, a siege of Gaza under a severe closure system which virtually reduced the movement of goods to humanitarian assistance. The violent takeover of Gaza by Hamas in June 2007 further exacerbated the financial and institutional fragmentation.

## 2. The economic contraction

Needless to say, these crises, and particularly the intensification of restrictions on movement and access, caused a sharp economic contraction. In 2006, GDP declined by 5 %. In 2007 some recovery took place during the second half of the year in the West Bank but was offset by a sharp deterioration in the economic situation in Gaza. Per capita income today is 40% lower than it was in 1999. Unemployment has reached 21.5%, up from 10% in 1999. Most recent surveys indicate that about 60% of Palestinians, live below the income poverty line (70% in Gaza and 56 % in the West Bank).

Palestinian infrastructure has deteriorated, private investment declined and the Palestinian productive base has been shrinking. This will undoubtedly undermine growth prospects in the future.

## 3. Repairing the damage and establishing a robust Public Financial Management System

Given the situation which we inherited in June 2006, our immediate priorities in the financial management sphere were to repair the institutional damage which brought the Palestinian Authority to the verge of collapse and rebuild our Public Financial Management System. We also needed to regain financial sustainability as well as transparency and accountability. Our first task was to reactivate the Single Treasury Account, and reestablish financial controls on revenues and expenditures. With these objectives in mind, we took several measures.

- Our top priority was to protect government funds and ensure that they are only used for intended purposes. Because some PNA revenues, particularly in Gaza, were not used for budgeted government expenditures, we froze all bank accounts in Palestine and only reopened West Bank accounts with reissued signatories. Government expenditures budgeted for institutions located in Gaza (e.g. Ministry of Social Affairs) would be paid directly from bank accounts in the West Bank.
- In 2006 and part of 2007, substantial payments and receipts took place outside the MOF Public Financial Management accounting system.

4

We have gathered information on these financial flows to integrate them into the financial system. This enabled us to include preliminary actual 2007 data in this budget. We plan to prepare aggregate financial statements for 2006-07, including reconciliation with bank accounts. These accounts will be submitted for external auditing.

- We are replacing the current accounting system which is based on a "checks issued" basis. This system is neither on a commitment basis, since checks may fall short of commitments, nor is it a cash system, since many checks were left in drawers, for lack of liquidity. The new system will enable us to link directly budgetary appropriations with expenditures by line ministries, so that we can have all expenditures stated on both a commitment and cash basis. The new system will cover the entire cycle of expenditures, starting with early commitments, till the actual disbursements by Treasury.

- In order to ensure proper supervision of Treasury transactions, cash and debt management, budget execution, payroll and reporting, a new General Accountant department has been established in the Ministry of Finance.

- We have established an alternative IT system for government accounting. We have transferred all the accounting data from the Gaza server to a server in the West Bank and we will be integrating line ministry accounts into Treasury accounts. The new system will initially cover the Ministries of Finance, Education, Health and Housing and Public Works. It will be expanded to other ministries in the course of 2008.

5

- The new accounting system will allow for more accurate, comprehensive and timely reporting on fiscal operations on both commitment and cash basis.

- Best cash management practices would require phasing out parallel accounts such as the President's and PLO accounts. Similarly, all line ministries accounts should be pooled on a daily basis to optimize cash management. This daily zero balance system of cash management, which conforms to international best practices, should be fully implemented by end 2008.

- A small budgetary unit has been established in the West Bank to fill in some functions such as work on the macroeconomic framework, but also to ensure the smooth preparation and timely implementation of the budget.

- We have eliminated from the payroll all beneficiaries who are not salaried and tenured within the civil or security services. The following categories have been removed from the wage bill:
    - contractual employees
    - the unemployed who received social stipend of NIS 1000 per month.
    - civilian support staff to the security detail
    - pensions of retirees in the West Bank system
    - remunerations of PLC members

These categories have been transferred under other budgetary classifications in the ministry of social affairs or under non wage expenditures in other ministries.

We also obtained the release of our clearance revenues collected by Israel, and received the stock of accumulated clearance revenues by end 2007. These measures, coupled with strong financial support from donor countries, enabled us to pay salaries to all PNA employees on a regular basis, after 16 months of irregular and partial payments, and to start repaying their wage arrears. So far, $ 320 million in wage arrears have been repaid, with full repayment to over 27,000 government employees.

We needed to reverse the loss of control over PNA employment which bloated the wage bill. PNA employment had soared from 150,000 at the end of 2005, to 189,000 by June 2007, through illegal contracts or violation of employment conditions. Our monthly payroll had reached 26% of GDP by end 2006, whereas most middle income countries have a government payroll ranging between 5 and 10 % of GDP. Therefore we cancelled these illegal contracts with the objective of attaining a sustainable level of government employment of 150,000 workers by end 2007. At the same time we expanded the coverage of our social safety net by including tens of thousand new beneficiaries.

Another consequence of the institutional degradation which took place in 2006 was the collapse in the financial discipline governing relations between the central government and municipalities. There was a breakdown in the collection of electricity bills, and those which were collected by municipalities were only partially transferred to the Authority. As a result, the Authority was forced to pay $ 535 million (over 10 % of GDP) in 2007 for electricity and other services supplied by Israel. This massive subsidy to municipalities and electricity consumers, which is equivalent to almost half

7

the wage bill, cannot be sustained. Consequently, the Palestinian Authority devised a plan to reduce this burden and restore transparent and accountable financial relations with municipalities. Details of this plan are provided below in the discussion of the 2008 budget.

Nevertheless, and despite our efforts to contain the swelling of public expenditures in 2006, the combination of a high wage bill and the net lending provided to local governments, raised the fiscal deficit in 2007 to $ 1.3 billion, or 26.7 % of GDP, which is clearly unsustainable. The Palestinian Reform and Development Plan for 2008-10 aims at restoring fiscal sustainability, starting with the 2008 budget.

In addition to restoring sound financial management, we have also focused on establishing security and law and order in Palestinian cities. Without security and a functioning judiciary system, the private sector cannot operate and efforts at economic revival would fail. Therefore, we launched a campaign to enforce law and order by deploying our forces in urban areas, starting with Nablus. While these efforts have been undermined by repeated Israeli incursions, they have succeeded in changing the reality on the ground by improving security conditions, raising the level of confidence, and allowing for the resumption of economic activities which were not possible a few months ago. The government is determined to sustain these efforts and to establish an effective security presence in all Palestinian cities. Our security plan has been integrated in our three year Palestinian Reform and Development Plan, about which more details are provided below in the discussion of the Budget.

## 4. Recent Economic improvement

The resumption of orderly salary payments, the confidence instilled by the strong international support we have received since June 2007, the measures aimed at fiscal consolidation and the firming up of security, have all had a positive impact on the economy. Several indicators, such as the consumption of cement and construction steel, are pointing to a rebound of economic activity during the second half of 2007 and particularly during the last few months. The banking and financial sector in Palestine has been very strong, with private sector deposits increasing by 22% in 2007 to $ 5.1 billion. This represents 90.4 % of Gross National Income, a level of banking penetration in the economy exceeding most middle income countries in the region and demonstrating strong public confidence in the banking system, despite all the prevailing uncertainties and difficulties, including especially those related to the Israeli imposed restrictions.

## 5. The macroeconomic framework for 2008-10

A sustained rebound in economic activity will depend to a large extent on the relaxation of restrictions on movement and access. It will also depend on restoring normalcy to the Gaza economy, which accounts for 35% of GDP. We are actively pursuing our proposal to staff the Gaza crossing points with Palestinian Authority employees. However, until normalcy is restored in Gaza, the severe downturn in its economy will be a drag on Palestine's

overall growth. Consequently, we have been very cautious in laying out the key parameters of macroeconomic framework.  Thus, we are projecting a real growth rate of 3.5% in 2008, (6.5 % nominal growth) going up to 6 % by 2010, (9 % nominal). This growth would be driven by a strong export performance and a substantial increase in both public and private investment. On the other hand, public consumption will have to decline from its current, unsustainable level. Because of the yearly increase in the population of working age (over 4 %), the rate of unemployment would remain roughly the same (at 21 %) by 2010, but would decline afterwards. There will be some rise in real per capita income during 2008-10 (by about 1.5 % per year). Inflation, which is expected at about 4 % in 2008, is projected to decline to 2.5 % by 2010.

It should be stressed that the growth projections in the budget are conservative, partly due to our many disappointments with the peace process over the past seven years. However, should there be progress in final status negotiations, and a relaxation of restrictions on movement and access, real growth rates would easily go into double digit levels. Such strong performance did occur in 1997, 1998 and 1999, when real annual growth rates were averaging 10.5 %. Should a higher growth scenario than projected in this budget occur, we will be able to reduce our dependence on foreign donors much sooner than expected and implement our development projects much faster.

## 6. The 2008 draft budget.

The vision governing the 2008 budget and the budgetary projections for the subsequent two years has been articulated in the Palestinian Reform and Development Plan which was presented at the Paris Conference in December 2007, and which has received strong support from the donor community. However, it should be stressed that since the budget framework was presented at the Paris Conference in December 2007, the US dollar depreciated by 16 % with respect to the Shekel (NIS) by mid March 2008. Consequently, the budget was recast at an exchange rate of US \$ 1 = NIS 3.6, whereas in December of 2007 it was US \$ 1 = NIS 4. 15. As a result, comparisons of revenues and expenditures between 2007 and 2008 in dollar terms will include a substantial depreciation component.

It is also important to stress that this draft budget, as well as the Plan, includes Gaza in all aspects of budgeting, assistance and reform. While the implementation of some of the reforms underpinning the draft budget could not be carried out in Gaza under current circumstances, Gaza will be included in the reform process and Plan implementation, as conditions permit.

This Plan has been built from the ground up, with the active involvement of line ministries and close coordination with donor countries and international institutions. It combines policy, budgeting—as reflected in the 2008 budget—and planning. Achievable goals were set for each sector, and, for the first time, this plan integrates institutional and fiscal reforms with longer term development objectives. Therefore the 2008 budget should be viewed

as part and parcel of the three year Plan. The vision driving the 2008 budget can be summarized in four objectives:

- **Achieving fiscal sustainability** and reducing reliance on external budget support. In 1999, a surplus was achieved in the current budget. External assistance was entirely focused on financing development. This is the direction towards which we should be going. Therefore we aim to reduce our current budget deficit from 26.7 % of GDP in 2007, to 22.4 % in 2008 and 15.5 % by 2010. In particular, the wage bill is expected to decline from 25.4 % of GDP in 2007 to 24.4 % of GDP in 2008 and 21.7 % of GDP by 2010.
  External budget support is expected to increase in 2008 to 26.9 % of GDP to help us launch the reform program, but it will decline to 18 % by 2010.

- **Establishing a strong social protection system**. Our social fabric has been stretched to the limit and we need to ensure that the poorest and most vulnerable groups in the society receive the assistance they will need. This will involve consolidating existing efforts at assisting the poor, improving targeting and reforming the pension system.

- **Promoting social development**. Palestinian human capital is the most valuable resource we have. We must improve the quality of education and health services. We also must encourage our labor force to upgrade its skills and empower women to raise their participation in the work place. We will not be able to compete in the global economy unless we achieve these objectives.

12

- **Creating an environment conducive to private sector investment and higher growth.** The private sector is the driving force of the Palestinian economy. Security, a well functioning judiciary, good governance, adequate infrastructure, a competitive environment and freedom of movement and access to markets are all necessary for a dynamic and thriving private sector. The 2008 budget has appropriated public expenditures in these various areas to generate such an environment.

Based on our economic framework we expect our revenues to increase this year to $ 1,486 million, ( a 24.4 %  increase over 2007 which includes a 13.25 depreciation component ). Clearance revenues in 2008 are projected to reach $ 1,067 million, (a 19% increase over 2007) while domestic revenues will rise to $ 419 million, from $ 323 million in 2007, a 30 % increase. This will result from improvements in revenue collection in 2008 after very low collections in 2007 due to the institutional degradation which took place in 2006 and the first half of 2007.

There is a need to restore a more functional balance between wage and non wage expenditures by lowering the ratio of the wage bill to non wage expenditures. This would increase the efficiency of line ministries and provide higher quality services to a rapidly growing population, particularly in education and health. However, this approach will require a substantial increase in external budget support in 2008 to $ 1.6 billion. As you know, the Paris Conference has pledged over $ 1.4 billion in budget support in

13

2008, and we are confident that friendly countries will help us plug the gap so that we can fully finance our budget.

Current expenditures are expected to reach $ 2,845 million, (a 12% increase over 2007 which is basically the same expenditure amount as in 2007, when the dollar depreciation is taken into account. Expenditures of $ 1,481 million would go to wages (a 15% increase over 2007), and $ 964 million to non wage expenditures (a 33% increase over 2007) providing a better balance between wage and operational expenditures.

Net lending is programmed to decline to $ 400 million, most of which will cover utility payments on behalf of municipalities. The latter marks a significant decline from the 2007 level of $ 535 million. We expect significant progress to occur in the collection of electricity and other utilities fees in 2008 as a result of the plan we have enforced with local governments, whereby consumers will not obtain key government services unless they present "payment certificates" for utilities. Current expenditures also include the recurrent costs of development projects which would come on stream in 2008. We are also aiming at repaying $ 217 million in past payment arrears in 2008 and about $ 359 million over the next two years.

Development expenditures will amount to $ 492 million an increase of 59 % over estimated development expenditures in 2007. These expenditures are expected to be fully funded by donor countries and regional as well as international institutions, about which more details are provided below in the discussion of development policies.

14

## 7. Policies underpinning the 2008 budget

To attain fiscal sustainability, we need to adjust our spending to the availability of resources. In this respect, it is essential for the Authority to regain control over the wage bill. Two policy measures are being envisaged.

- There will be a freeze on new employment, except for education, health and social services, where an increase in employment of about 3000 per year would be allowed. This will imply a steady fall in the share of PA employment in the total labor force from 18 % in 2007 to 14 % by 2010

- There would also be a freeze on general wage increases during 2008-2010. Between 2003 and 2007, the average wage in the public sector rose by a cumulative 27 % compared to 14 % in the private sector and a 12 % in the cost of living.

Our collection of utility bills from consumers and municipalities has become totally dysfunctional. This net lending, which amounted to 10.6% of GDP in 2007, is also a major drain on our budget, since we have to pay the Israel Electricity Company for bulk purchases of electricity in order to maintain continuity of service. The Ministry of Finance and Ministry of Local Government have agreed with local government officials to implement a plan that will reduce the net lending to 6.6 % of GDP in 2008 and 5.2 % of GDP by 2010. Eventually we should attain full cost recovery and eliminate net lending altogether. As mentioned earlier, to enforce payment of utility

bills, citizens will have to submit a "payment certificate" to obtain key government services. In addition, pre-paid meters have been installed in many areas.

However, we will also ensure that the very poor and vulnerable groups of the population continue to have access to electricity, through objective and transparent targeting by municipalities in cooperation with the Ministry of Social Affairs.

The second component of this plan is to get municipalities out of the business of collecting electricity fees. This can be done by establishing two electricity suppliers, NEDCO in the north of the West Bank and HEPCO in the south. These suppliers should be financially sustainable and able to collect payments from their customers. Both municipalities and the Palestinian Authority would be shareholders in these companies which would operate on profitability criteria.

At the same time, we will be working with municipalities to establish a clear intergovernmental fiscal framework. We have started by paying municipalities all outstanding revenues collected on their behalf and owed to them. This would ensure that municipalities have sufficient sources of revenue and would also address the needs of poorer municipalities which will require some government transfers.

Development expenditures are detailed in The Palestinian Reform and Development Plan. Without going into detail there are four priority areas for 2008:

- Establishing security in West Bank cities and consolidating security services into three branches: national security, police and intelligence. This will require $ 263 million in capital expenditures over three years, including $ 63 million in 2008.

- Improving the quality and access to education and health. This will require $ 340 million in capital spending over the next three years, including $ 89 million in 2008.

- Developing Palestinian infrastructure, including road network rehabilitation, water and wastewater management and electricity sector improvement. This will cost $ 465 million over three years, including $ 98 million in 2008.

- Focusing on quick impact projects in agribusiness development, industrial parks, tourism and housing. These projects are all labor intensive and will provide quick job opportunities, as well as improving the socio economic situation.

With this budget, which is fully integrated in our development plan, we are launching a major financial and governance reform. Our objective is to lay the foundations for good quality growth and social equity, with transparency and accountability so that our population, which has been steadfast in facing all the suffering and obstacles erected by the occupation, can take advantage of rising opportunities and fully share the benefits of economic growth. However, this will largely depend on the extent to which the occupation

17

regime honors its commitment to relax restrictions on movement and access to markets.

We intend to fully implement this budget. We also intend to monitor budget execution on a monthly basis and evaluate institutional performance to ensure that the expenditures we have listed deliver the expected results.