# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLYE KNOX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, THE PALESTINIAN AUTHORITY, et al., <br><br> Defendants. | Civil Action No. 03 CV 4466 (VM) |

## DECLARATION OF YASSER ABED RABBO

Pursuant to 28 U.S.C. § 1746, I, Yasser Abed Rabbo, declare under penalty of perjury as follows:

1. I currently reside in Ramallah, Occupied Palestinian Territory.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. The Palestine Liberation Organization ("PLO") was founded in 1964. At that time, the Palestine National Council ("PNC") was established as the governing body of the PLO. The PNC subsequently appointed the PLO Executive Committee to serve as the administrative organization of the PLO with responsibility to conduct the business of the PLO between sessions of the PNC.

4. I have been a member of the PLO Executive Committee since 1971, and I currently serve as the Secretary General of the PLO, and I have been a member of the PNC. I am also a co-founder and the current head of the Palestinian Peace Coalition.



5. On October 14, 1974, the United Nations General Assembly passed Resolution No. 3210, which recognized the PLO as the representative of the Palestinian people and granted the PLO observer states in the United Nations General Assembly. On October 28, 1974, the League of Arab States also recognized the PLO as the representative of the Palestinian people. In 1976, the PLO became a member of the League of Arab States.

6. After recognition by the United Nations General Assembly and the League of Arab States, the PLO engaged in various diplomatic activities, including the establishment of offices at the United Nations and in those countries that had established diplomatic relationships with the PLO.

7. Pursuant to the PLO's Charter, the Palestine National Fund ("PNF") was formed to serve as the PLO's treasury, and the sources of the PNF's revenue were specified in the Charter. Until 1990, the PLO had two main sources of financing to cover the costs of maintaining its offices and diplomatic activities. First, the PLO received: donations from various Arab states. Second, the PLO received revenue from a fixed tax imposed on the wages earned by all Palestinians living in Arab states that was collected by those respective governments.

8. After the invasion of Kuwait by Iraq in August 1990 and until the signing of the Oslo Accords in 1993, donations to the PLO from Arab states declined significantly.

9. In 1993, the PLO and the State of Israel entered into the Oslo Accords under which the Palestinian Authority was created. I participated in the Palestinian-Israeli team that negotiated for the Oslo Accords in 1993, and I subsequently participated in the negotiations to implement the Oslo Accords. Among other things, I led the Palestinian delegation to the Permanent Status negotiations in 1999-2000, and I participated in the negotiations at Wye River in 1998, Camp David in 2000 and Taba in 2001.

2

10. After the Oslo Accords, the PLO ceased collecting taxes on the wages of Palestinians living in Arab states. Since 1993, the PA has been the primary revenue source for the PLO, and the PLO is dependent on the monetary support of the PA in order to meet the PLO's basic operational needs.

11. The monetary support provided by the PA are transferred to the PNF which maintains the funds until they are dispersed to meet the PLO's basic operational needs. I am not aware of any circumstances suggesting or demonstrating that the monetary support provided by the PA to the PLO will increase above the current level over the next several years. In fact, based on my knowledge and expertise as Secretary General of the PLO, I anticipate that the PLO will experience further declining revenue over the next several years.

12. Based on my knowledge, information and belief, the PLO does not have or own any material assets, including bank accounts, that are not reflected in the books and records of the PNF.

13. It is my understanding that, as a condition for vacating the default judgment in this action, the Court has required the PA and the PLO to post a bond in excess of US$192 million. Based on my knowledge of the PLO's very limited assets and its dependence on the PA for monetary support, the PLO does not have assets sufficient to post the bond that the Court has ordered, and the PLO does not have the ability to secure financing for such a bond, whether through the use of current assets or from any projected net income.

14. I am aware that this declaration is being filed in support of a motion by the PLO and the PA to reduce the bond that the Court has ordered as a condition of vacating the default judgment in this action. I have authorized the use of my declaration for such a purpose.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10 day of May, 2008, in Ramallah, Occupied Palestinian Territory.

Y. Abed Rabbo
Yasser Abed Rabbo
Secretary General
Executive Committee
Palestine Liberation Organization

4