# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLYE KNOX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION, THE PALESTINIAN AUTHORITY, et al., <br><br> Defendants. | Civil Action No. 03 CV 4466 (VM) |

## SUPPLEMENTAL DECLARATION OF YASSER ABED RABBO

Pursuant to 28 U.S.C. § 1746, I, Yasser Abed Rabbo, declare under penalty of perjury as follows:

1. I reside in Ramallah, Occupied Palestinian Territory.

2. I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

3. I am submitting this declaration in supplementation of my previous declaration dated May 10, 2008 that was filed in connection with a motion by the Palestine Liberation Organization ("PLO") and the Palestinian Authority ("PA") to reduce the bond that the Court has ordered as a condition of vacating the default judgment in this action ("May 10, 2008 Declaration"). I am aware that this declaration is being filed in connection with the same issue.

4. As indicated in paragraph 4 of my May 10, 2008 Declaration, I have been a member of the PLO Executive Committee since 1971, and I currently serve as the Secretary General of the PLO.



889481.1

5. I am familiar with the entity known as Samed, though I do not currently hold and never have held any position within it. Samed was developed in the 1970's as an economic development and support vehicle for the displaced Palestinian people. It was particularly active in Lebanon in that period. The importance of Samed declined in the years following the Oslo Accords. With the creation of the PA, the other institutions which supported and assisted the Palestinian people diminished, as funding flowed through the PA, not these other institutions. Coming out of Oslo, and in the years since Oslo, the Palestinian leadership believed that the way to best help the Palestinian people achieve their goals was to build state institutions and to channel money through the PNA rather than through independent entities. Thus, Samed is far less important than it once was.

6. Throughout its existence, Samed's role has been focused on economic development issues, more than on investments. Its focus has been on helping the Palestinian people, not profit. However, in the course of its mission, I understand that it also makes investments in an effort to increase its ability to assist economic development.

7. The PLO does not control or direct Samed's activities. Moreover, there is no financial inter-dependence between the two. The PLO does not fund Samed, and Samed does not fund the PLO. Samed does not hold any PLO assets, nor does Samed hold any assets as to which the PLO is the beneficial owner or over which the PLO has control. While Samed historically has been an important institution to the Palestinian people, it is not as important as it once was; and it operates without direction from the PLO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24 day of August, 2008, in Ramallah, Occupied Palestinian Territory.

2

_Y. Abed Rabbo_ [signature in Arabic]
_____
Yasser Abed Rabbo
Secretary General
Executive Committee
Palestine Liberation Organization

889481.1